IN THE UNITED STATES DISTRICT COURT FILE ~~~
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION                    05 APR 18 PM 4: 3

ROBERT R. Di~~~CIIO
CLERK, U.S. DI~T. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff.

VS.                                    NO.   2:04CR20218-01

MICHAEL O'NEAL TATE,

Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING

---

This cause came on upon the motion of the Defendant to continue the sentencing hearing

set on April 18, 2005 at 1:00 p.m.    For good cause shown, the Court hereby grants the

Defendant's motion.  The sentencing is hereby reset for the _26_ day of _April_ ,

2005 at _8:45_ (a.m.)/p.m.

**IT IS SO ORDERED** this 18th day of April, 2005.

BERNICE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-19-05

62

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 62 in case 2:04-CR-20218 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT